IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JANET FASOLINO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. EP-25-CV-164-KC |
| | § | |
| BOUNDLESS ENERGY INC. and JOHN DOE, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On this day, the Court considered the Plaintiff's Notice of Voluntary Dismissal, ECF No. 20. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Notice, the Court **ORDERS** that all of Plaintiff's claims in this case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that the claims of any putative class members, which have not been certified, are **DISMISSED** without prejudice. *See* Fed. R. Civ. P. 23(e).

**IT IS FURTHER ORDERED** that all parties shall pay their own costs and fees.

**IT IS FURTHER ORDERED** that Defendant Boundless Energy Inc.'s Motion to Dismiss, ECF No. 7, is **DENIED** as **MOOT.**

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 27th day of October, 2025.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE